**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | |
|---|---|
| NATASHA ATKINSON<br><br>    Plaintiff,<br><br> -against-<br><br>MIDLAND FUNDING, LLC<br>A Delaware Corporation<br><br>    Defendant. | Civil Action No. 2;15-cv-00003 BRW<br><br>**NOTICE OF SETTLEMENT**<br>**AND REQUEST FOR CONTINUING**<br>**JURISDICTION** |

## NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUING JURISDICTION

  **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers.  Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation / Notice of Dismissal herein.

Dated: July 27, 2015

               Respectfully submitted,


             By:/s/ ToddWooten_____
              Todd Wooten, Esq.   ABN 94034
              **WOOTEN LAW FIRM**
              2226 Cottondale Lane, Suite 210
              Little Rock, Arkansas 722202
              Telephone: (501) 218-6064
              todd@wootenlaw.net

              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jason C. Smith, Esq.
**Spencer Fane Britt & Browne LLP**
3259 E. Ridgeview Street
Springfield, MO 65804
Telephone: 417-888-1000
Facsimile: 417-881-8035
jcsmith@spencerfane.com

*Attorney for Defendant*

                                                                  /s/ Todd Wooten_____